THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RYAN, Appellant.— (See memorandum filed in *People* v. *Abel, ante,* p. 623, filed herewith.) All concur. (Appeal from a judgment which sentenced defendant to imprisonment for four months, with a fine of $500.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY COHEN, Appellant, et al., Defendants.— (See memorandum filed in *People* v. *Abel, ante,* p. 623, filed herewith.) All concur. (Appeal from a judgment which sentenced defendant to imprisonment for four months, with a fine of $500.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COOPER, Appellant.— (See memorandum filed in *People* v. *Abel, ante,* p. 623, filed herewith.) All concur. (Appeal from a judgment which sentenced defendant to imprisonment for four months, with a fine of $500; also appeal from an order denying defendant's motion to withdraw his plea of guilty and substitute a plea of not guilty.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

NEAL CRESCENZO, Appellant, v. RAYMOND J. DITTLY, as Executor of GEORGE J. DITTLY, JR., Deceased, Respondent.— All concur. (Appeal from an amended judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.